Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER GIBNEY,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>FIDELITY INVESTMENTS,<br><br>Garnishee. | NO. 3:14-MC-05032-BHS<br><br>(3:13-CR-5568-1)<br><br>**Order Quashing Writ of Garnishment and Dismissing Case without Prejudice** |

This matter came before the Court on the United States' Motion to Quash Writ of Garnishment and Dismiss Case without Prejudice. For the reasons stated in the United States' Motion, the Court concludes that this Garnishment should be quashed and the case dismissed without prejudice, pursuant to 28 U.S.C. § 3205(c)(10)(A).

//

//

//

[PROPOSED] ORDER QUASHING WRIT OF GARNISHMENT AND DISMISSING
CASE WITHOUT PREJUDICE (*USA v. Peter Gibney & Fidelity Investments,*
*USDC Nos. 3:14-MC-05032-BHS / 3:13-CR-5568-1*) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS SO ORDERED.

2  DATED this __17__ day of __February__, 2015

3

4

5  _____
   BENJAMIN H. SETTLE
6  UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER QUASHING WRIT OF GARNISHMENT AND DISMISSING
CASE WITHOUT PREJUDICE (USA v. Peter Gibney & Fidelity Investments,
USDC Nos. 3:14-MC-05032-BHS / 3:13-CR-5568-1) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970